NUMBER13-06-530-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


BLANCA PEREZ, Appellant,


v.



SSP HOLDINGS LIMITED PARTNERSHIP, ET AL., Appellees.

__________________________________________________________________


On appeal from the 275th District Court


of Hidalgo County, Texas.


__________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, BLANCA PEREZ, perfected an appeal from a judgment entered by the 
 275th District Court of Hidalgo County, Texas, in cause number C-047-00-E. The
clerk's record was filed on September 29, 2006. No reporter's record was filed. 
Appellant's brief was due on November 23, 2006. To date, no appellate brief has
been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On March 5, 2007, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
response has been received.

 The Court, having examined and fully considered the documents on file,
appellant's failure to file a proper appellate brief, this Court's notice, and appellant's
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 19th day of April, 2007.